Cris C. Vaughan, Esq., SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for B&S Fresh Investments
dba Bobby Salazars Mexican Restaurant

Tanya Moore, Esq., SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone:  408-271-6600
Facsimile:  408-298-6046

Attorney for Plaintiff Ronald Moore

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>    vs.<br><br>B&S FRESH INVESTMENTS, dba BOBBY SALAZARS MEXICAN RESTAURANT, WJD, LP, A CALIFORNIA LIMITED PARTNERSHIP,<br><br>            Defendants. | Case No. **1:10-cv-01653-OWW-DLB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 10, 2010 FOR DEFENDANTS TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 144, Plaintiff Ronald Moore and Defendants, B&S Fresh Investments, dba Bobby Salazars Mexican Restaurant, WJD, LP, a California Limited Partnership by and through their respective attorneys of record, Tanya Moore; Cris C. Vaughan, stipulate as follows:

STIPULATION RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. This Defendant is granted an extension until December 10, 2010 to respond or otherwise plead to Plaintiff's complaint.
3. This Defendant's response will be due no later than December 10, 2010.

IT IS SO STIPULATED effective as of November 23, 2010.

Dated: November 23, 2010        /s/ Cris C. Vaughan
                                Cris C. Vaughan,
                                Attorney for Defendant,
                                B&S Fresh Investments,
                                dba Bobby Salazars
                                Mexican Restaurant


Dated: November 23, 2010        /s/ Tanya Moore
                                Tanya Moore,
                                Attorney for Plaintiff,
                                Ronald Moore

IT IS SO ORDERED.

   Dated:  **November 24, 2010**           **/s/ Oliver W. Wanger**
                                UNITED STATES DISTRICT JUDGE

STIPULATION RE: EXTENSION OF TIME - 2