Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>B & S FRESH INVESTMENTS, et al.,<br><br>  Defendants. | No. 1:10-CV-01653-OWW-DLB<br><br>**REQUEST FOR DISMISSAL OF ACTION; ORDER** |

No defendant having appeared in this action, Plaintiff requests that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: December 15, 2010                    MOORE LAW FIRM, P.C.


                                           /s/Tanya Moore
                                           Tanya Moore
                                           Attorneys for Plaintiff

///
///

*Moore v. B & S Fresh Investments, et al.*
Request for Dismissal

Page 1

## **ORDER**

No Defendant having appeared in this action, and upon Plaintiff's request,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **December 15, 2010**                        **/s/ Oliver W. Wanger**
                                                                      UNITED STATES DISTRICT JUDGE